


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
800 Market Street, Suite 130
Knoxville, Tennessee 37902

FILED
NOV 1 4 2012
Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

JULLIAN P. GOODRUM, )
)
    Plaintiff, )
) No. 3:10-CV-390
v. ) (PHILLIPS/GUYTON)
)
PATRICK R. DONAHUE, )
United States Postmaster General, )
)
    Defendant. )

---

Respectfully requesting guidance from the court on how to proceed after the service of process has been completed. Per court order service of process was completed prior to 29 July 2012.

---

It is not my intention to place an undue burden on the court. However, representing myself pro se I am limited on the knowledge and the process of a civil suit. As of 12 November 2012 I have not received any correspondence from the defendant nor the court in regards to case number 3:10-CV-390.

In advance, thank you for your time and understanding in this most crucial matter.

I , Jullian P. Goodrum hereby certify under penalty of perjury that the above is true to the best of information, knowledge and believe at this time.

Signed this November, day of the 12th , 2012.

Jullian P. Goodrum,
Pro Se Plaintiff

3026-822 Legacy Point Way
Knoxville, Tennessee 37921

