UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JULIAN P. GOODRUM, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 3:10-CV-390 |
| | )   (Phillips) |
| PATRICK R. DONAHUE, | ) |
| Postmaster General, U.S. Postal Service, | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Because plaintiff has failed to timely serve defendant as required by Rule 4(m) of the Federal Rules of Civil Procedure, this action is hereby **DISMISSED.**

Dated at Knoxville, Tennessee, this 10th day of June, 2013.

                                                  **ENTER:**

                                                s/ Thomas W. Phillips
                                                United States District Judge

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
CLERK OF COURT